# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HILLYGUS FAMILY TRUST, DATED AUGUST 17, 1993.

ROGER HILLYGUS,
Appellant,
vs.
KAYCEE ZUSMAN; ROBIN RENAE RENWICK; AND DEBBIE HILLYGUS,
Respondents.

No. 74221

FILED

NOV 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on October 16, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Connie J. Steinheimer, District Judge
Roger Hillygus
Gunderson Law Firm
Todd L. Torvinen
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-39445